# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., | : : : | Civil Action No. 12-4981(FSH) |
| Plaintiff, | : : | |
| v. | : : | **ORDER** |
| ARMDAN HOTELS, INC., et al., | : : : | January 28, 2013 |
| Defendants. | : : | |

This matter coming before this Court upon Magistrate Judge Clark's December 18, 2013 Report and Recommendation recommending that "Defendants' Answer be stricken pursuant to Fed. R. Civ. P. 37(b)(2) and default entered;" and

it appearing that no party has filed an objection to the Report and Recommendation and that more than fourteen days have passed, *see* L. Civ. R. 72.1(c)(2); and

this Court having reviewed *de novo* the Report and Recommendation, and good cause appearing;

**IT IS** on this 28th day of January, 2014,

**ORDERED** that Magistrate Judge Clark's December 18, 2013 Report and Recommendation is adopted as the Opinion of this Court; and it is further

**ORDERED** that Defendants' Answer is hereby stricken and the Clerk of the Court is directed to enter default against Defendants.

s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.